UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

   Plaintiff         Case No.: 08-10439

                 Hon: ROBERT H. CLELAND

-v-               Claim No.: 1999A16722

CARLA I. LEWIS

   Defendant

## ORDER ALLOWING RECORDS SUBPOENA

At a session of said Court held in the
City of Detroit, Wayne County, Michigan,
on   January 26, 2016

PRESENT: HONORABLE  Robert H. Cleland

Upon the reading and filing of the Petition of the Plaintiff, and this Court being more fully informed and duly advised in the premises:

And upon the Motion of CHARLES J. HOLZMAN, attorney for the Plaintiff;

IT IS HEREBY ORDERED that the Plaintiff may issue a subpoena to **UNITED STATES POSTAL SERVICE** requesting them to turn over the name or routing number of any banks or credit unions that direct deposits may have been sent to during the last 3 months of employment and or photo copies of all cashed payroll checks for the same time period,

Dated: January 26, 2016

            s/Robert H. Cleland
          UNITED STATES DISTRICT COURT JUDGE